AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

EVA CHAPMAN,

    Plaintiff,

**JUDGMENT IN A CIVIL CASE**

v.

CASE NUMBER: CV 318-014

ROBERT WILKIE, Secretary,
United States Department of
Veterans Affairs,

    Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Court's Order of August 27, 2020, Defendant's Motion for Summary Judgment as to Plaintiff's claims of reprisal, the only remaining claims in this case, is GRANTED. Costs are assessed against Plaintiff. Judgment is entered in favor of Defendant ROBERT WILKIE, Secretary, United States Department of Veterans Affairs, and this civil action stands CLOSED.

08/27/2020  
*Date*

John E. Triplett, Acting Clerk  
*Clerk*



*Tara H. Burton*  
*(By) Deputy Clerk*

GAS Rev 10/1/03